UPHAUS *v.* WYMAN, ATTORNEY GENERAL
OF NEW HAMPSHIRE.

No. 332.   Decided October 14, 1957.

*Royal W. France* and *Leonard B. Boudin* for appellant.

PER CURIAM.

The judgment is vacated and the case is remanded to the Supreme Court of New Hampshire for consideration in light of *Sweezy* v. *New Hampshire,* 354 U. S. 234.

LEWIS *v.* FLORIDA.

No. 80, Misc.   Decided October 14, 1957.

*H. M. Rosenhouse* for appellant.

*Richard W. Ervin,* Attorney General of Florida, and *David U. Tumin,* Assistant Attorney General, for appellee.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.